IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANISHA YOUNG, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION No. 19-cv-1174 |
| TEMPLE UNIVERSITY HOSPITAL, *et al.* | : *consolidated with* |
| Defendants. | : |
| SHANISHA YOUNG, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION No. 19-cv-1714 |
| TEMPLE UNIVERSITY HOSPITAL, *et al.*, | : |
| Defendants. | : |

**ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

Pursuant to Local Rule 5.1(a), Stephen R. Terrell hereby enters his appearance for defendant United States in No. 19-cv-1714, and for defendants Shwetha S. Shrivatsa, M.D., and the United States in No. 19-cv-1174. Pursuant to Local Rule 5.1(c), Stephen R. Terrell hereby substitutes for Bryan C. Hughes and Mark Sherer as counsel for defendants Shwetha S. Shrivatsa, M.D., and the United States in No. 19-cv-1174, and respectfully requests on behalf of Messrs. Hughes and Sherer that the Clerk withdraw their appearances.

Dated: May 9, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

JAMES G. TOUHEY, JR.
Director, Torts Branch

ROGER D. EINERSON
Deputy Director, Torts Branch

 s/ Stephen R. Terrell
STEPHEN R. TERRELL (Cal. Bar No. 210004)
Attorney
Torts Branch
United States Department of Justice
P.O. Box 888
Washington, DC 20044
(202) 353-1651 (phone)
(202) 616-5200 (fax)
Stephen.Terrell2@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice of this filing to the following ECF participants:

    Aaron J. Friewald (*ajf@friewaldlaw.com*)
    Laura E. Laughlin (*lel@freiwaldlaw.com*)
    Friewald Law
    1500 Walnut St., 18th Floor
    Philadelphia, PA 19102

Attorneys for plaintiffs

    Arthur W. Hankin (*hankin@blankrome.com*)
    Elaine D. Solomon (*solomon@blankrome.com*)
    Ricky M. Guerra (*rguerra@blankrome.com*)
    Blank Rome LLP
    130 North 18th St.
    Philadelphia, PA 19103

Attorneys for Temple defendants

 s/ Stephen R. Terrell
STEPHEN R. TERRELL